UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   MALESKI, Laura Lee & Kurt Douglas

Chapter 7 Case No.   09-33531

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111 - 9221 | 2 | $324.63 | $ 4.10 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK DBA PAYPAL<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | 11 | $282.35 | $3.57 |

Date:   4/12/2010

J. Richard Stermer,  Trustee